UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARILYN LOU LOPEZ,

Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

Defendant.

CASE NUMBER: 1:20-cv-01445-GSA

**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

(Doc. 2)

Plaintiff's having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted.  The Clerk of Court is hereby ordered to issue summons, and the United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant.  All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated:   __October 14, 2020__              _____ /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE

1