UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN LOU LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NUMBER: 1:20-cv-01445-GSA<br><br>**ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF PURSUANT TO STIPULATION**<br><br>(Doc. 21) |

　　　Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of Court is directed to enter final judgment in favor of Plaintiff, and against Defendant.

IT IS SO ORDERED.

　　Dated:　**December 17, 2021**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE